Hand-Delivered

FILED
CHARLOTTE, NC

APR 1 8 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Darious Bowens

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Brett Bullis, Andrew Blevins, Jacob Frankowiak

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:25-CV-268-FDW
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Darious Bowens
- Address: 2224 Dickens Ave
  - City: Charlotte
  - State: NC
  - Zip Code: 28208
- County: Mecklenburg
- Telephone Number: (704) 521-0139
- E-Mail Address: casiomadeit1995@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Brett Bullis
- Job or Title (if known): Warden
- Address: 600 Amity Park Rd.
  - City: Spruce Pine
  - State: NC
  - Zip Code: 28777
- County: Avery and Mitchell
- Telephone Number: (828) 765-0229
- E-Mail Address (if known): john.bull@ncdps.gov
- [✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- Name: Jacob Frankowiak
- Job or Title (if known): Correctional Officer
- Address: 600 Amity Park Rd
  - City: Spruce Pine
  - State: NC
  - Zip Code: 28777
- County: Avery and Mitchell
- Telephone Number: (828) 765-0229
- E-Mail Address (if known):
- [✓] Individual capacity  [✓] Official capacity

Defendant No. 3
  Name: Andrew Blevins
  Job or Title (if known): Correctional Officer
  Address: 600 Amity Park Rd
  Spruce Pine, N/C 28777
  County: Avery and Mitchell
  Telephone Number: (828) 765-0229
  E-Mail Address (if known):

  [✓] Individual capacity  [✓] Official capacity

Defendant No. 4
  Name:
  Job or Title (if known):
  Address:
  City / State / Zip Code
  County:
  Telephone Number:
  E-Mail Address (if known):

  [ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  8TH Ammendment and 14TH Ammendment.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I was wrongfully pepper sprayed. I did as I was instructed and was punished for securing a shirt around my nose so I could breathe because I have Mitro-valve Prolapse. I was then led into a blind spot while handcuffed and assaulted and I did not resist. They did not feed me and said I refused. ~DB>

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Avery Mitchell Correctional Institution

B. What date and approximate time did the events giving rise to your claim(s) occur?

March 20TH 2024

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was falsely acused of calling the initial officer that came to my door a derrogative name. Officers Frankowiak and Blevins responded and told me they were moving me to a new room. I put my hands through the slot to be cuffed and as soon as my hands were out officer Frankowiak sprayed pepper spray on me. I retreated because I have heart problems and I tied a shirt around my nose. He then accused me of trying to choke myself. I came back and again submitted to cuffs. I was then led into a blind spot and slammed on my head (while handcuffed behind my back) and assaulted until (continued with water everytime inmates took a shower. I begged to be removed but was denied.) I was then placed into a room that continually pr

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Vision loss due to multiple applications of pepper spray.
I sustained a black eye and peeled skin all over my body.
Psychological trauma such as PTSD and reoccurring nightmares of the event.
Medical staff denied me treatment because they also accused me of breaking the officers finger but I was restrained behind my back and had no way of defending myself.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- I am requesting to be awarded Compensatory Damages in an amount to be determined at trial, not less than $1,000,000.00
- Punitive Damages in an amount to be determined at trial, not less than $5,000,000.00
- Issue appropriate injunctive and declaratory relief to prevent future violations. ~PB
- Grant such other and further relief as the court deems just and proper.
- Jury Trial

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/17/2025

Signature of Plaintiff: *Darious Bowens*

Printed Name of Plaintiff: Darious Bowens

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
       City         State     Zip Code
Telephone Number _____
E-mail Address _____